# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|
| IN THE CASE OF | US v.s. Boskic  FOR  AT | |

PERSON REPRESENTED (Show your full name): Ratko Boskic

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
- Magistrate
- District Court
- Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
- Name and address of employer: JAS Construction Co. (when he has 40 hour week)
- IF YES, how much do you earn per month? $35/hr. 3600/mo.
- IF NO, give month and year of last employment. How much did you earn per month? $
- If married is your Spouse employed? ☒ Yes ☐ No — Separated for 2 years.
- IF YES, how much does your Spouse earn per month? $
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

*OTHER INCOME* — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $

*CASH* — Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No  IF YES, state total amount $1900

*PROPERTY* — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $160,000  DESCRIPTION: Condominium ♥, 2002 Dodge Intrepid ♥

**DEPENDENTS**
- MARITAL STATUS: ☒ SEPARATED
  ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☐ DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them:

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | Washington Mutual (mortgage) | $ | $1250 |
| | Auto loan - Chrysler | $ | $360 |
| | Other (see attached) | $ | $2000 |
| | | $ | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]

♥ Condominium is encumbered by mortgage. Def. is unsure of amount owed. 1260/mo. payment. Purchased in 2002, 30 year mortgage.

♥ Financed - $360/mo.