AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Marko Boskic
111 Foster Street, Apt. 311
Peabody, MA   DOB: 7/9/64

**WARRANT FOR ARREST**

CASE NUMBER: 04-MJ0037-LPC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Marko Boskic
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [x] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
knowingly making under oath, or as permitted under penalty of perjury under section 1746 of title 28, United States Code, knowingly subscribed as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presenting any such application, affidavit, or other document which contained any such false statement or which failed to contain any reasonable basis in law or fact

in violation of Title   18   United States Code, Section(s)   1546(a)

Lawrence P. Cohen
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

August 25, 2004 - Boston, MA
Date and Location

Bail fixed at $ _____   by _____   Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 8/26/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.