UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> MARKO BOSKIC ) <br> ) <br> ) | Cr. No. 04-MJ-00037-LPC |

## MOTION TO CONTINUE PROBABLE CAUSE HEARING

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Kimberly P. West, Assistant U.S. Attorney, requests a continuance of the probable cause hearing scheduled in this court on September 23, 2004. As the basis for this request, the government learned of a number of very complex and unusual issues relevant to this case subsequent to the issuance of the complaint and Defendant's arrest and an additional week is needed for their review. Counsel for the defendant has been informed of the additional time needed and has no objection to this request. The government has also filed an assented to *Motion for Enlargement of Time to File Indictment or Information Pursuant to 18 U.S.C. § 3161(h)(8)(A)* with the M.B.D. Judge on this day.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Kimberly P. West
     KIMBERLY P. WEST
     Assistant U.S. Attorney

ASSENTED TO:

MARKO BOSKIC

By:  /s/ Max Stern (kpw)
     MAX STERN, ESQ.
     Counsel for the Defendant

Dated: September 20, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney for defendant Mark Boskic, Max Stern, Esq., 90 Canal Street, Boston, MA 02114-2002 by first class mail on this day, September 20, 2004.

/s/ Kimberly P. West
Kimberly P. West
Assistant U.S. Attorney